**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. CORDELE MANUFACTURING COMPANY, Respondent.**

No. 12634.

United States Court of Appeals
Fifth Circuit.
Feb. 14, 1949.

A. Norman Somers, Asst. Gen. Counsel, NLRB, and David P. Findling, Associate

Gen. Counsel, NLRB, both of Washington, D. C., for petitioner.

Benjamin Zeesman, of Cordele, Ga., for respondent.

Before HUTCHESON, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

The court has considered the petitioner's motion for judgment and respondent's motion to dismiss. It is the opinion of the court that respondent's motion to dismiss presents matters not properly cognizable at this time, but, if at all, only upon subsequent proceedings in connection with the enforcement of the decree.

Respondent's motion to dismiss is therefore denied, and petitioner's motion for judgment is granted.